UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
Lloyd D. George U.S. Courthouse
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

November 10th, 2005

Rule 5 Documents

United States District Court, District of Minnesota
Minneapolis Division
ATTN: Clerk's Office
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
NOV 18 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Reference: USA vs. Thuan Hoa To
CR 01-73 ADM/SRN(Your case number)
MJ-S-05-0829-PAL (Our case number)

CR 01-73 ADM/SRN

Dear Clerk:

Enclosed please find certification of the complete files as of November 10th, 2005, in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

LANCE S. WILSON, Clerk
United States District Court

______________________
Deputy Clerk

Enclosures

Received: ______________
By: ________________

SCANNED
NOV 18 2005
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

I hereby attest and certify on November 10, 2005 that the foregoing file is a full, true and correct copy of the originals on file regarding USA v Thuan Hoa To MJ-S-05-0829-PAL, in my office, and in my legal custody:

| | | |
|---|---|---|
| 1. | 11-04-05 | Original Indictment (From District of Minnesota) |
| 2. | 11-04-05 | Superceding Indictment (From District of Minnesota) |
| 2. | 11-04-05 | Minutes of Initial Appearance |
| 3. | 11-04-05 | Waiver of Rule 5 Identity Hearing |
| 4. | 11-04-05 | Order Appointing Counsel |
| 5. | 11-04-05 | CJA 23 Financial Affidavit |
| 6. | 11-04-05 | Order of Detention |
| 7. | 11-04-05 | Commitment to Another District |

LANCE S. WILSON
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By____________________
JEFFREY MILLER, Deputy Clerk

orig Dist

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

✓ FILED — RECEIVED
— ENTERED — SERVED ON
COUNSEL/PARTIES OF RECORD

2005 NOV -3 P 2:09

U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY ______ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Thuan Hoa To

Defendant.

Case # MS-5-05-[illegible]

Date: 11-1-05

Time: 3:16 am/pm to 3:32 am/pm

X INITIAL APPEARANCE/Rule 5 - Minutes
__ Further Proceedings re __________

PRESENT:
THE HONORABLE Peggy A. Leen, United States Magistrate Judge

Jeff Miller
Deputy Clerk

3:16:48-3:32:59
Tape#

Xuan T. McGimsey
Vietnamese Interpreter

Thomas Dougherty
Assistant U. S. Attorney

William Carrico
Defense Counsel __ Apt. __ Rtnd X AFPD

Defendant is present. Defendant is advised of the pending charges and his/her rights.

X Defendant X questioned X sworn as to correctness of Financial Affidavit.

X The Federal Public Defender's Office __ CJA panel attorney __________
is appointed as defense counsel.

X Identity hearing waived. X Written waiver filed. X ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the __________ District of Minnesota

__ Identity hearing is set for __________ at _____ am/pm before Magistrate Judge __________, in Courtroom # ___, ___ floor.

X The Government moves for detention. X The Court hears the argument of counsel.

X Detention is ORDERED. Separate detention order and commitment to originating district to follow.

__ Detention Hearing is set for __________ at _____ am/pm at the request of __________

__ Temporary Detention is ORDERED. ___ Written Order to follow.

__ Bond is set. __ PR __ $ ______ __ unsecured __ secured by __ % cash __ Corporate Surety __ Property (See bond for special conditions.)

__ Bond is executed; Defendant is released.

__ Next appearance date (if known) in originating district: __________

LANCE S. WILSON, Clerk
United States District Court

[signature]
Deputy Clerk

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs**

**THURN HOA TO,**

**Defendant.**

MJ-S-05-0829-PAL

**ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE**

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **THURN HOA TO**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 1 day of NOVEMBER, 2005.

UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

Thuan Hoa To

Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS

(Complaint/Indictment)

CASE NUMBER: MJ-S- 05-0829-PAL

CHARGING DISTRICTS CASE NUMBER: CR 01-158 ADM/SRN

RECEIVED ENTERED SERVED ON COUNSEL/PARTIES OF RECORD NOV 3 2005 CLERK US DISTRICT COURT DISTRICT OF NEVADA DEPUTY

I understand that charges are pending in the District of Minnesota alleging violation of 18 USC § 371 Conspiracy (et seq) (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Thuan To
*Defendant*

November 1, 2005
*Date*

[signature]
*Defense Counsel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

UNITED STATES OF AMERICA

2005 NOV -3 P 2:10

v.

**ORDER OF DETENTION PENDING HEARING**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

THUAN HOA TO
*Defendant*

Case Number: MJ-S-05-0829-PAL

BY ____ DEPUTY

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I - Findings of Fact**

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ____

____ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
____ an offense for which the maximum sentence is life imprisonment or death.
____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in * ____
____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the ____ for the offense described in finding (1).
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings(A)**

____ (1) There is probable cause to believe that the defendant has committed an offense to which a maximum term of imprisonment of 10 years or more is prescribed in 21 USC § 841.
____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the presence of the defendant and safety of the community.

**Alternative Findings (B)**

XX (1) There is a serious risk that the defendant will not appear.
____ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The Defendant ordered detained as a risk of flight for the following reasons: The indictment in this matter has been outstanding for several years, and there is credible evidence that Defendant has been aware of it he has avoided surrendering himself to answer the charges. Further, there is conflicting information between what the Defendant has provided to the Pretrial Services officers and what Defendant's family has provided regarding Defendant's time and status of residency, as well as current employment. The Defendant also has a pending felony charge for drawing and passing a check for which a state preliminary hearing is set for 12-8-05. The Government also provides information that for a number of years Defendant has used several false identifictions while traveling through different states.

**Part II - Written Statement of Reasons for Detention**

The Court finds the Defendant is a flight risk by a preponderance of the evidence that there are no conditions or combination of conditions that could be fashioned that would reasonably assure the appearance of the Defendant.

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 11-01-05

Peggy A. Leen
*Signature of Judicial Officer*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801*et seq.*): (b) Controlled Substances Import and Export Act (21 U.S.C. § 951*et seq.*): or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of Nevada

FILED / RECEIVED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD
2005 NOV -3 P 1:04
CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY

UNITED STATES OF AMERICA
V.
Thuan Hoa To

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| CR-01-0158 (ADM/SRN) CR-01-73 (ADM/SRN) | Minnesota | MJ-S-05-0822-PAL | Nevada |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 371, 18 USC 982(a)(1), 18 USC 2422(a), 18 USC 1956(a)(1)(A)

**DISTRICT OF OFFENSE** District of Minnesota

**DESCRIPTION OF CHARGES:** Conspiracy, Interstate Travel to engage in Prostitution, Money Laundering, Criminal Forfeiture

**CURRENT BOND STATUS:**

☐ Bail Fixed at ______ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Vietnamese

FILED / RECEIVED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD
2005 NOV 8 P 3:02
CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY ____ DEPUTY

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/7/05
Date

Peggy A. Leen
United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |