# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

Plaintiff,

v.

THUAN HOA TO,

Defendant.

## COURT MINUTES - CRIMINAL
BEFORE: BOYLAN
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-73 ADM and 01-158(1) ADM/SRN |
| Date: | 12/7/05 |
| Court Reporter: | None |
| Tape Number: | 2005- |
| Time Commenced: | 1:50 p.m. |
| Time Concluded: | 1:52 p.m. |
| Time in Court: | 2 Minutes |

APPEARANCES:

Plaintiff: Joe Dixon
Assistant U.S. Attorney

Defendant(s): Virginia Villa
☐ FPD ☐ CJA ☐ Retained √ Appointed

Interpreter: Cong Hoang (Betmar) Language: Vietnamese

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

√ Reading of Indictment Waived ☐ Indictment Read into Record √ Not Guilty Plea Entered in both cases

Disclosure Due Date: 12/16/05
Motion Filing Date: 12/23/05 Response Date: 12/30/05
Motion Hearing Date: 1/6/06 at 9:30 a.m. in CR 01-73 ADM/AJB and 1/6/06 at 11:00 a.m. in CR 01-158(1) ADM/SRN Before: Magistrate Judge Nelson
Voir Dire/Jury Instruction Due Date: 2/1/06
Trial Date: 2/8/06 at 9:30 a.m. for both cases Before: Judge Montgomery

Other Remarks:

☐ Counsel to be notified of additional dates by separate Order to be issued.

s/Kathy Thobe
Signature of Judicial Assistant