A0 442 (Rev. 5/93) Warrant for Arrest

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

SECRET

UNITED STATES OF AMERICA

V.

Thuan Hoa To

**WARRANT FOR ARREST**

CASE NUMBER: **CR 01-CR-73 ADM/SRN**

0641-1208-6229-

RECEIVED
05 DEC 13 PM 3:17
CLERK U.S. DIST COURT
MINNEAPOLIS, MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Than Hoa To
Unknown

and bring him or her forthwith to the nearest magistrate judge to answer a(n) Indictment - Superseding

charging him or her with 18 USC 371 Conspiracy, Ct. 1

Ordered by Jonathan G. Lebedoff, United States District Court Magistrate Judge

G. Schneider
(By) Deputy Clerk, Gloria Schneider

June 12, 2001 - Minneapolis, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

_____________________________ _____________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 10-31-05
ARRESTED BY FBI - Las Vegas
U.S. MARSHAL
DISTRICT OF MINNESOTA

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

SCANNED
DEC 13 2005
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm