UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THUAN HOA TO,

Defendant.

ORDER OF DISMISSAL

Criminal No. 01-73(4)(ADM/SRN)

---

The above named defendant was sentenced in a related case, Criminal No. 01-158(1)(ADM/SRN). At the time of sentence on that matter, the government made a motion to dismiss all counts relating to this defendant in Criminal Case No. 01-73(4)(ADM/SRN) and that motion was granted.

THEREFORE, IT IS HEREBY ORDERED that the above-titled matter is dismissed as it relates to this defendant.

Dated: January 11, 2006

BY THE COURT:

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT